UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY



UNITED STATES OF AMERICA

v.   CRIMINAL NO. 5:22-cr-00232
18 U.S.C. § 1791(a)(2)
18 U.S.C. § 1791(b)(3)

MATTHEW JACKSON

# INFORMATION

The United States Attorney Charges:

On or about September 13, 2022, at or near Beaver, Raleigh County, West Virginia, and within the Southern District of West Virginia, defendant MATTHEW JACKSON, being an inmate of a prison, that is, the Federal Correctional Institution at Beckley, did knowingly and unlawfully possess a prohibited object as defined by 18 U.S.C. § 1791(d)(1)(B), that is, a handcrafted object with a sharpened point known as a "shank," an object that was designed and intended to be used as a weapon.

In violation of Title 18, United States Code, Sections 1791(a)(2) and 1791(b)(3).

WILLIAM S. THOMPSON
United States Attorney

By: _____
TIMOTHY D. BOGGESS
Assistant United States Attorney